# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **ANTHONY RIVERA,** <br><br> Defendant. | 4:23-PO-05043-JTJ <br><br> VIOLATION: <br> E1089976 <br> Location Code: M12 <br><br> ORDER |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED**.

**IT IS FURTHER ORDERED** that the bench trial scheduled for October 19, 2023, is **VACATED**.

DATED this 19th day of September, 2023.

_____
John Johnston
United States Magistrate Judge